IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAYA S. REED, | No. 2:23-CV-1574-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY JUSTICE CENTER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On March 13, 2024, the Court directed Plaintiff to file an amended complaint within 30 days. Plaintiff was warned that failure to file an amended complaint may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. As of May 8, 2024, Plaintiff had not complied, and the Court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court rules and orders. See ECF No. 9. In lieu of objections, Plaintiff filed a first amended complaint on June 7, 2024. See ECF No. 10. In the interest of justice, the Court will vacate the May 8, 2024, findings and recommendations. The sufficiency of Plaintiff's first amended complaint will be addressed separately.

1

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations issued on May 8, 2024, ECF No. 9, are VACATED.

Dated: June 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE